CUTTINO *v.* MIMMS *et al.*

WYATT, Justice. The pleadings in this case are identical with those in *Woolsey* v. *Mimms,* ante, and involve the same subject matter and the same parties. The ruling in *Woolsey* v. *Mimms,* ante, is therefore controlling in the instant case. It follows that the Court of Appeals and not this court has jurisdiction of this case.

*Transferred to the Court of Appeals. All the Justices concur, except Candler, J., disqualified.*

No. 17957. ARGUED SEPTEMBER 9, 1952—DECIDED OCTOBER 14, 1952.

*McCurdy & Candler* and *J. Robin Harris*, for plaintiff in error.

*McKenzie & Kaler* and *Sam P. McKenzie,* contra.